**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2315**

BRUCE T. ADKINS,

Plaintiff - Appellant,

v.

MAYOR AND CITY COUNCIL OF BALTIMORE,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge. (1:21-cv-01810-CCB)

Submitted: February 22, 2024                    Decided: February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Bruce T. Adkins, Appellant Pro Se. Michael Patrick Redmond, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce T. Adkins appeals the district court's orders dismissing his due process and state law claims against the Mayor and City Council of Baltimore and denying his motion to vacate. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order granting summary judgment to the Defendant. *Adkins v. Mayor and City Council of Baltimore*, No. 1:21-cv-01810-CCB (D. Md. filed Aug. 31, 2022 & entered Sept. 1, 2022).

The district court retained jurisdiction to rule on Adkins' motion to vacate, filed within 28 days of judgment and construed as a Fed. R. Civ. P. 59(e) motion, *see MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 277 (4th Cir. 2008) (construing motion seeking reconsideration as a Fed. R. Civ. P. 59(e) motion if filed within 28 days of district court's final order), even though Adkins' appeal was pending. *See Wolfe v. Clarke*, 718 F.3d 277, 281 n.3 (4th Cir. 2013) (explaining that, although "a duly filed notice of appeal deprives a district court of jurisdiction over all issues relating to the subject matter thereof," the court may "proceed as to matters in aid of the appeal" (internal quotation marks omitted)). However, because Adkins did not file an amended notice of appeal following the district court's order denying his motion to vacate, he failed to perfect an appeal as to that order. *See* Fed. R. App. P. 4(a)(4)(B)(ii). We therefore dismiss the appeal as that order to the extent that Adkins intended to appeal it.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*